**Dagmar LOCKE, Appellant,**

v.

**Dennis VAN EMMERICH,
et al., Respondents.**

**No. WD 47347.**

Missouri Court of Appeals,
Western District.

Aug. 10, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 28, 1993.

Application to Transfer Denied
Nov. 23, 1993.

Jerry Kenter, Mark O. Sanderson, Connaughton, Boyd & Kenter, Kansas City, for appellant.

Larry M. Schumaker, Shook, Hardy & Bacon, Kansas City, for respondents.

Before TURNAGE, P.J., and
BRECKENRIDGE and SPINDEN, JJ.

*ORDER*

PER CURIAM:

Appeal from judgment dismissing petition seeking damages for intentional infliction of emotional distress. Judgment affirmed. Rule 84.16(b)